FILED
3:16 pm, Jun 17, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of ~~Illinois~~ Indiana — Evansville Division

Nicholas Thompson

*Plaintiff(s)/Petitioner(s)*

v.

City of Evansville
Chief of Police
Detective Keen

*Defendant(s)/Respondent(s)*

Case Number: 3:20-cv-140-RLY-MPB
*(Clerk's Office will provide)*

[X] **CIVIL RIGHTS COMPLAINT**
pursuant to 42 U.S.C. §1983 (State Prisoner)
[ ] **CIVIL RIGHTS COMPLAINT**
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
[ ] **CIVIL COMPLAINT**
pursuant to the Federal Tort Claims Act, 28 U.S.C. §§1346, 2671-2680, or other law

## I. JURISDICTION

**Plaintiff:**

A. Plaintiff's mailing address, register number, and present place of confinement.

3500 N. Harlan Ave
Evansville, IN 47708
Vanderburgh County Jail

**Defendant #1:**

B. Defendant **Billy Bolin** is employed as
(a)  (Name of First Defendant)

**Chief of Police**
(b)  (Position/Title)

with **City of Evansville,**
(c)  (Employer's Name and Address)

1 NW MLK SR Blvd Evansville, IN 47710

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? [X] Yes  [ ] No

If your answer is YES, briefly explain:

Chief of Police, Evansville, Indiana

Rev. 10/3/19

**Defendant #2:**

C. Defendant __Detective Keen B.M. 2X 1387__ is employed as

(Name of Second Defendant)

__Police Detective__
(Position/Title)

with __Evansville City Police__
(Employer's Name and Address)
__1 NW MLK JR Blvd, Evansville, IN 47708__

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☒ Yes   ☐ No

If you answer is YES, briefly explain:

__Detective, City of Evansville, Police Dept.__

**Additional Defendant(s) (if any):**

D. Using the outline set forth above, identify any additional Defendant(s).

## II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☐Yes ☒No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1. Parties to previous lawsuits:
   Plaintiff(s):


   Defendant(s):


2. Court (if federal court, name of the district; if state court, name of the county):

3. Docket number:

4. Name of Judge to whom case was assigned:

5. Type of case (for example: Was it a habeas corpus or civil rights action?):

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

Rev. 10/3/19

7. Approximate date of filing lawsuit:

8. Approximate date of disposition:

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"

III. **GRIEVANCE PROCEDURE**

A. Is there a prisoner grievance procedure in the institution? ☐ Yes ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☐ Yes ☐ No

    N/A

C. If your answer is YES,
    1. What steps did you take?

    2. What was the result?

D. If your answer is NO, explain why not.

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes ☐ No

F. If your answer is YES,
    1. What steps did you take?

    N/A

Rev. 10/3/19

        2.      What was the result?

G.     If your answer is NO, explain why not.

H.     Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

On or about 22 May 2020, and alleged shooting took place in the 600 Block of Sweester Ave. The Plantiff nor his fiancee and kids were home at the time. However, Angel Lewis allegedly told police that she saw the plaintiff shooting a gun and gave the Detective the color, make and model of the gun allegedly used at 2055 hrs at night. The alleged victim and 2 other persons on scene whom the Plantiff was supposed to have been shooting at did not and could not identify the shooter. Angele Lewis stated that it was the Plantiff but gave no description of what he was wearing or anything but his name and she was the Plantiffs neighbor. On or about the 26 of May 2020, The Plantiff Thompson was stopped and Placed under arrest for the shooting without a warrant but only on the uncorroborated Hearsay statements of Angel Lewis. Detective Keen, under the color of the law falsely arrested the Plantiff and Falsely imprisoned the Plantiff in violation of the Plantiffs Fourth Amendt to the U.S. Constitution under the "Totality of Circumstances" standard. The Police Dept under the Chief of Police has an unwritten custom of violating the Citizens of Evansville Indiana's 4th amendt. Rights under False Arrest without Probable Cause. Had Det. Keen had Probable cause he would have been able to obtain a writ of Attachment Warrant for the body of Thompson but used a "Probable Cause" Affidavitt from 4-5 days earlier that doesn't meet the "Totality of Circumstances Standard"

①

The Defendants also violated my rights to Privacy. The Defendants violated the Plaintiff's Rights under False Light by putting the Plaintiff on Recent Booking to be seen by the Public at Large.

The Defendants violated the Plaintiff's rights of Privacy under "Intrusion" by violating his personal space, his body being incarcerated.

The Defendants violated the Plaintiff's rights of Privacy by Defimation of character by the charges made to the Public stating that he committed Battery with a deadly weapon, namely a Firearm.

The Plaintiff also charges the Plaintiff's with "Criminal Confinement" and held under a Bond that is outrageous for an innocent person.

## RELIEF

The Plaintiff request $1,500 per day Falsely imprisoned Lost Wages, and Emotional and mental Anguish "actual" $500,000.00 for Malicious Prosecution Cost of Litigation and Reasonable Attorney Fee's to be paid TO Andre G. Lewis under the "P.L.R.A."

(2)

The Plaintiff request payment of $250,000.00 for mental and Emotional Anguish "Actual"

PAUPERIS

The Plaintiff request A Forma Pauperis Form because the Plaintiff does not work and Depends on Family and Friends for financial Gifts while imprisoned.

The Plaintiff request this Honorable Court to Look at the 4 corners of the Affidavit and decide whether the Affidavit meets the Supreme Courts Standard under the "Totality of Circumstances standard."

X Nicholas Thompson
Respectfully Submitted
On This 10th Day of June 2020